UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOANELLE M. COULON                                CIVIL ACTION

VERSUS                                            NO: 07-1775

STATE FARM FIRE AND CASUALTY                      SECTION: "J" (5)
COMPANY, ET AL.

**ORDER REMANDING CASE**

Before the Court is Plaintiff's Motion to Remand (Rec. Doc. 5). The motion is opposed. The plaintiff has filed a binding stipulation stating that she would not accept a state court judgment in excess of $75,000.00 (Rec. Doc. 9)[1]. Thus, the Court finds that the amount in question does not reach the threshold required by 28 U.S.C. § 1332.

Because the Court concludes that the amount in controversy falls below the requisite amount for jurisdiction, it does not reach the question of improper joinder.

---

[1] If the plaintiff were ultimately awarded an amount in excess of this by a state court, and subsequently seeks to enforce the judgment for more than $75,000.00, including attorney's fees but excluding costs and interest, defendants may then seek relief from judgment and sanctions against plaintiff and her counsel from this Court. *See, Midkiff v. Hershey Chocolate USA*, 1998 WL 419498 (E.D. La. July 21, 1998).

Accordingly,

**IT IS ORDERED** that plaintiff's Motion to Remand (Rec. Doc. 5) should be and hereby is **GRANTED**, and this matter is **REMANDED** to the Civil District Court for the Parish of Orleans.

New Orleans, Louisiana this the 5th day of July, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE